1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

DARRELL D. BOETTCHER,

     Plaintiff,

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant

Civil No.  3:11-CV-05228-BHS-JRC

ORDER FOR EXTENSION OF TIME TO
FILE AN ANSWER

16
17
18
19
20
21
22
23

     Based on Defendant's Motion (ECF No. 5) and with no objection from Plaintiff, it is

hereby ORDERED that the Answer Due Date shall be amended as follows:

     Defendant shall have up to and including June 28, 2011, to file Defendant's Answer.

     DATED this 23rd day of June 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:11-CV-05228-BHS-JRC]