UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DARRELL D. BOETTCHER, | Civil No. 3:11-cv-05228-BHS-JRC |
| Plaintiff, | |
| vs. | ORDER AMENDING THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER is before the Court on the Motion of the Plaintiff (ECF No. 12) and the Defendant has no objection to the motion.

IT IS HEREBY ORDERED that the briefing schedule shall be amended as follows:

| | |
|---|---|
| **Plaintiff's Opening Brief due on or before** | **August 16, 2011** |
| **Defendant's Responsive Brief due on or before** | **September 13, 2011** |
| **Plaintiff's Reply Brief (optional) due by** | **September 27, 2011** |
| **Oral argument, if desired, requested by** | **October 4, 2011** |

DATED this 29th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge